UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KACIE KENITZER,

    Plaintiff,

    v.

CHIPOTLE MEXICAN GRILL, INC., et al.,

    Defendants.

Case No. 14-cv-04115-JD

**ORDER GRANTING MOTION TO WITHDRAW AND DISMISSING CASE WITH PREJUDICE**

Attorney Gregory L. Spallas filed a motion to withdraw as plaintiff's counsel in this case on March 18, 2015. Dkt. No. 25. The Court granted the motion on a conditional basis under Civil Local Rule 11-5(b) and gave plaintiff Kacie Kenitzer until May 6, 2015 to inform the Court whether she elects to proceed with this case on a pro se basis or hire other counsel. Dkt. No. 29. The deadline has passed and Ms. Kenitzer has not filed anything with the Court. Pursuant to the Court's April 22, 2015 order, the case is therefore dismissed with prejudice and Spallas's motion to withdraw is granted in full under Civil Local Rule 11-5(a). The case is terminated.

**IT IS SO ORDERED.**

Dated: May 21, 2015

_____
JAMES DONATO
United States District Judge